**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Christopher Eugene HARRIS,
Defendant—Appellant.**

**No. 12–6861.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Aug. 16, 2012.

Decided: Aug. 21, 2012.

Christopher Eugene Harris, Appellant Pro Se. Amy Elizabeth Ray, Assistant United States Attorney, Asheville, North Carolina, for Appellee.

Before KING and THACKER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Christopher Eugene Harris appeals the district court's order denying his motion to compel the Government to move for a sentence reduction based on substantial assistance. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Harris*, No. 1:07–cr–00115–MR–1 (W.D.N.C. April 18, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*